UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | No. 2:18-cv-1837 AC P<br><br><br><br>ORDER |

By order filed July 2, 2018, petitioner was directed to file an in forma pauperis application or to pay the appropriate filing fee within thirty days. ECF No. 3. He was warned that failure to do so would result in a recommendation that this action would be dismissed. The thirty-day period has now expired, and petitioner has not filed an in forma pauperis application, paid the filing fee, or otherwise responded to the order.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, petitioner shall file an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed, without further warning.

DATED: August 20, 2018

                                                        */s/ Allison Claire*<br>
ALLISON CLAIRE<br>
UNITED STATES MAGISTRATE JUDGE